NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL E. ROBERTS,                )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No. 2D18-1349
                                   )
STATE OF FLORIDA,                  )
                                   )
        Appellee.                  )
_____)

Opinion filed January 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Margaret O. Steinbeck, Judge.

PER CURIAM.


        Affirmed.


KHOUZAM, MORRIS, and SALARIO, JJ., Concur.